**FILED**

JAN 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

DANNY ATTENBOROUGH, et al. )
                           )
    Plaintiffs,             )
                           )   Misc. # 1:06-MC-00006-JR
    against                )
                           )
CONSTRUCTION AND GENERAL   )
BUILDERS LABORERS LOCAL 79,)
                           )
    Defendant.             )

## ORDER

This matter having come before the Court on the Unopposed Motion for an Enlargement of Time to Respond to Plaintiffs' Motion to Compel and to Reply to the Response to Plaintiffs' Motion to Compel, this court finds just cause to GRANT same and rule as follows. Wherefore, it is hereby:

ORDERED, that the Third Party Witnesses shall respond to Plaintiffs' Motion to Compel by February 2, 2006; and it is further

ORDERED, that Plaintiffs shall reply to the Third Party Witnesses' response to Plaintiffs' Motion to Compel by February 16, 2006.

So Ordered this 24th day of January, 2006.

_____
Judge, U.S. District Court
District of Columbia

Copies to:

Robert D. Luskin, Esq.
PATTON BOGGS LLP
2550 M Street NW
Washington, DC 20037
*Attorney for the GEB Attorney of
Laborers' International Union of
North America, Douglas Gow and
Kendall Ludwig*

Joseph Vitale, Esq.
COHEN, WEISS AND SIMON PC
330 West 42nd Street
New York, NY 10036
*Attorney for Defendant*

Nathaniel B. Smith, Esq.
LAW OFFICES OF NATHANIEL B SMITH
111 Broadway – Suite 1305
New York, NY 10006
*Attorney for Plaintiffs*