UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DANNY ATTENBOROUGH, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Misc. # 1:06-MC-00006-JR |
| v. ) | |
| ) | |
| CONSTRUCTION AND GENERAL ) | |
| BUILDERS LABORERS LOCAL 79, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

This matter having come before the Court on the Plaintiffs' Motion to Compel, it is

ORDERED, that Plaintiffs' Motion to Compel is hereby DENIED.

So Ordered this _____ day of _____, 2006.

                                                                                      _____
                                                                                      Judge, U.S. District Court
                                                                                      District of Columbia

Copies to:

Robert D. Luskin, Esq.
PATTON BOGGS LLP
2550 M Street NW
Washington, DC 20037
*Attorney for the LIUNA GEB Attorney,*
*Douglas Gow and Kendall Ludwig*

Joseph Vitale, Esq.
COHEN, WEISS AND SIMON PC
330 West 42nd Street
New York, NY 10036
*Attorney for Defendant*

Nathaniel B. Smith, Esq.
LAW OFFICES OF NATHANIEL B SMITH
111 Broadway -- Suite 1305
New York, NY 10006
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 2, 2006, a true and correct copy of the foregoing Third-Party Witnesses' Response In Opposition to Plaintiffs' Motion to Compel and Proposed Order was delivered by United States mail, with adequate postage thereon, to:

Nathaniel B. Smith, Esq.
Law Office of Nathaniel B. Smith
111 Broadway, Suite 1305
New York, NY 10006

Joseph Vitale, Esq.
Cohen, Weiss and Simon, PC
330 West 42nd Street
New York, NY 10036

Robert D. Luskin