## AGREEMENT

This Agreement is entered into, this 13th day of February 1995, between the Laborers' International Union of North America (hereinafter referred to as "LIUNA") and the United States of America, by and through the Assistant Attorney General Jo Ann Harris and the United States Attorney for the Northern District of Illinois, James B. Burns.

WHEREAS, LIUNA and the United States have been pursuing various courses of action designed to ensure that all locals and other entities within LIUNA are rid of any corrupting influence of any member of organized crime;

WHEREAS, both LIUNA and the United States seek the complete elimination of any such corrupting influence on any entity within LIUNA;

NOW, THEREFORE, LIUNA and the United States agree as follows:

1. LIUNA shall be allowed to undertake a period of internal reform, lasting at least ninety (90) days, aimed at further investigating and disciplining individuals within any entity of LIUNA for wrongful association with, or corruption by, members of organized crime, as well as instituting other reforms. During this period, the United States may provide any assistance allowed by law to LIUNA.

2. If, after this period of at least ninety (90) days from the date hereof (but prior to the expiration of this Letter Agreement), the Assistant Attorney General for the Criminal Division determines, in her sole discretion, that the imposition of a

Exhibit A

consent decree is necessary or desirable, after having given LIUNA an opportunity to have a meeting to be heard, the parties agree to the filing of the attached complaint and entry and implementation of the attached consent decree.

3. This Agreement shall expire on February 11, 1998.

CONSENTED AND AGREED TO:

DATE: February 13, 1995

THE GENERAL EXECUTIVE BOARD OF
THE LABORERS' INTERNATIONAL
UNION OF NORTH AMERICA, AFL-CIO

_____
Arthur A. Coia,
General President

_____
Rollin P. "Bud" Vinall
General Secretary-Treasurer

_____
Mason M. "Max" Warren
First Vice-President

_____
John Serpico
Second Vice-President

_____
Vere O. Haynes
Third Vice-President

THE UNITED STATES OF AMERICA

_____
Jo Ann Harris
Assistant Attorney General

_____
James B. Burns
United States Attorney
Northern District of Illinois

_____
Paul E. Coffey, Chief
Organized Crime and
  Racketeering Section
Criminal Division
U.S. Department of Justice

Samuel J. Caivano
Fourth Vice-President

_____
Enrico Mancinelli
Fifth Vice-President

_____
Chuck Barnes
Sixth Vice-President

_____
Jack Wilkinson
Seventh Vice-President

_____
George R. Gudger
Eighth Vice-President

_____
Michael Quevedo, Jr.
Ninth Vice-President

_____
Armand E. Sabitoni
Tenth Vice-President

_____
Robert D. Luskin
Attorney for the General Executive
   Board of LIUNA

_____
Brendan V. Sullivan, Jr.
Attorney for Arthur A. Coia

- 3 -