

## RENEWAL AGREEMENT

This Extension Agreement is entered into this __14th__ day of __January__, 1998, between the Laborers' International Union of North America ("LIUNA") and the United States of America, by and through January 31, 1999.

WHEREAS, LIUNA and the United States entered into an Agreement in good faith dated February 13, 1995, a true copy of which is attached hereto and incorporated by reference as Attachment A (the "Agreement"), intended to ensure that all locals and other entities within LIUNA are rid of any corrupting influence of any member of organized crime; and

WHEREAS, both LIUNA and the United States acknowledge that additional steps remain to accomplish fully the goals of the Agreement; and

WHEREAS, the Agreement is to expire by its terms on February 11, 1998;

NOW, THEREFORE, LIUNA and the United States agree as follows:

The aforesaid Agreement shall be extended to and including January 31, 1999; provided, however, that during the period of extension, the United States shall not exercise its discretion to impose a consent decree unless the Assistant Attorney General for the Criminal Division concludes, in his/her sole discretion, that the failure to impose a consent decree would substantially interfere with accomplishing the purposes of the Agreement, after giving LIUNA an opportunity to have a meeting to be heard.

CONSENTED AND AGREED TO:

| For the Laborers' International Union of North America | For the United States of America |
|---|---|
| *Arthur A. Coia* | *Scott R. Lassar* |
| Arthur A. Coia, General President | SCOTT R. LASSAR<br>UNITED STATES ATTORNEY, N.D.Ill. |
| *Michael S. Bearse* | *Mark M Richard* |
| Michael S. Bearse, General Counsel | MARK M RICHARD<br>ACTING ASSISTANT ATTORNEY GENERAL<br>CRIMINAL DIVISION |

Exhibit B

PAUL E. COFFEY, CHIEF
ORGANIZED CRIME AND
RACKETEERING SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

RESOLUTION ON LIUNA'S COOPERATION
AGREEMENT WITH DEPARTMENT OF JUSTICE

WHEREAS the Laborers' International Union of North America and the United States of America are parties to an agreement which will expire on February 11, 1998;

AND WHEREAS certain matters of major significance both to LIUNA and to the United States are presently under investigation or awaiting hearing or decision;

AND WHEREAS such currently pending matters will not be resolved by February 11, 1998;

AND WHEREAS in the present circumstances the General Executive Board deems it to be in the best interest of LIUNA and the membership that the aforesaid agreement be extended for a limited period of time;

NOW THEREFORE BE IT RESOLVED that the General Executive Board authorizes the General President to enter an extension of the aforesaid agreement through and including January 31, 1999, in accordance with the provisions of the Extension Agreement attached hereto as "A."

Yes
Arthur A. Coia, General President

Yes
R. P. Vinall, General Secretary-Treasurer

Yes
Mason M. Warren, Vice President

Yes
Vere O. Haynes, Vice President

Yes*
Enrico Mancinelli, Vice President

Yes
Chuck Barnes, Vice President

No
Jack Wilkinson, Vice President

Yes
George R. Gudger, Vice President

Yes
Mike Quevedo, Jr., Vice President

Yes
Armand E. Sabitoni, Vice President

Yes
Carl E. Booker, Vice President

Yes
Raymond Pocino, Vice President

Yes
Terrence M. Healy, Vice President

Yes
Edward M. Smith, Vice President

Yes
Peter J. Fosco, Vice President

Yes
William Quinn, Vice President

*Yes for purposes of unanimity and solidarity, but with the proviso that in Canada, an ethics code will be developed to conform to Canadian laws.

## RESOLUTION ON LIUNA'S COOPERATION AGREEMENT WITH DEPARTMENT OF JUSTICE

WHEREAS the Laborers' International Union of North America and the United States of America are parties to an agreement which will expire on February 11, 1998;

AND WHEREAS certain matters of major significance both to LIUNA and to the United States are presently under investigation or awaiting hearing or decision;

AND WHEREAS such currently pending matters will not be resolved by February 11, 1998;

AND WHEREAS in the present circumstances the General Executive Board deems it to be in the best interest of LIUNA and the membership that the aforesaid agreement be extended for a limited period of time;

NOW THEREFORE BE IT RESOLVED that the General Executive Board authorizes the General President to enter an extension of the aforesaid agreement through and including January 31, 1999, in accordance with the provisions of the Extension Agreement attached hereto as "A."

| | |
|---|---|
| Yes<br>Arthur A. Coia, General President | Yes<br>R. P. Vinall, General Secretary-Treasurer |
| Yes<br>Mason M. Warren, Vice President | Yes<br>Vere O. Haynes, Vice President |
| Yes*<br>Enrico Mancinelli, Vice President | Yes<br>Chuck Barnes, Vice President |
| No<br>Jack Wilkinson, Vice President | Yes<br>George R. Gudger, Vice President |
| Yes<br>Mike Quevedo, Jr., Vice President | Yes<br>Armand E. Sabitoni, Vice President |
| Yes<br>Carl E. Booker, Vice President | Yes<br>Raymond Pocino, Vice President |
| Yes<br>Terrence M. Healy, Vice President | Yes<br>Edward M. Smith, Vice President |
| Yes<br>Peter J. Fosco, Vice President | Yes<br>William Quinn, Vice President |

*Yes for purposes of unanimity and solidarity, but with the proviso that in Canada, an ethics code will be developed to conform to Canadian laws.